AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| EPSON AMERICA, INC. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| SAFE SPACE SCAN TECHNOLOGY LLC | ) |
| d/b/a AWOL VISION | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.

24-CV-80583

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   SAFE SPACE SCAN TECHNOLOGY LLC
d/b/a AWOL VISION
c/o Zhenhai Zhao, Registered Agent
9169 W. Atlantic Avenue, Suite 118
Delray Beach, FL 33446

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mallory Cooney, Esquire
K&L Gates LLP
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131
Telephone:  305) 539-3300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:   May 7, 2024

_s/ Dimas Rodriguez_

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court